# United States Court of Appeals

## For the Eighth Circuit

_____

No. 14-3550

_____

Samar Akins, in certification for every African American man, woman, and child in the state of Nebraska

*Plaintiff - Appellant*

v.

Jon Bruning, Attorney General; Dave Heineman, Governor; Chris Beutler, Mayor, Lincoln

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Nebraska - Lincoln

_____

Submitted: March 24, 2015
Filed: April 3, 2015

_____

Before WOLLMAN, MURPHY, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Samar Akins appeals the district court's[1] preservice dismissal, without prejudice, of his 42 U.S.C. § 1983 complaint seeking damages and equitable relief for

---

[1]The Honorable Joseph F. Bataillon, United States District Judge for the District of Nebraska.

all African American individuals in Nebraska, based on alleged generalized equal protection violations. Upon careful de novo review, we conclude that the district court's dismissal was proper. *See Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (de novo review of 28 U.S.C. § 1915(e)(2)(B) dismissal); *see also Stone v. Harry*, 364 F.3d 912, 914-15 (8th Cir. 2004) (court need not consider factual allegations that pro se plaintiff has first presented on appeal).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____